UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.<br>:<br>: |
| v. | : |
| | : VIOLATION:<br>: |
| JIMMON WATSON,<br>Defendant | : 18 U.S.C. §§ 2422(b)<br>: (Enticing a Minor)<br>: 22 D.C. §§ Code 3008 and 3020(a)(2)<br>: (First Degree Child Sexual Abuse with<br>: Aggravating Circumstances) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about between June 1 2017 and December 31, 2017, the defendant, **JIMMON WATSON,** within the District of Columbia and elsewhere, using a facility of interstate commerce, that is a smartphone, did knowingly attempt to persuade, induce, entice and coerce J.L., a minor under 18 years of age, that is 17 years of age; to engage in sexual activity for which **JIMMON WATSON** could be charged with a criminal offense.

**(Coercion and Enticement of a Minor,** in violation of 18 United States Code, Section 2422(b)).

### COUNT TWO

On or about between November 1, 2016 and December 25, 2016, within the District of Columbia, **JIMMON WATSON,** being more than four years older than D.F., a child under 16 years of age, that is, 14 years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, and at the time **JIMMON WATSON** committed First Degree Child Sexual Abuse, D.F. was under the age of 18 years and **JIMMON WATSON** had a significant relationship to D.F.

1

**(First Degree Child Sexual Abuse (with Aggravating Circumstances),** in violation of 22 D.C. Code, Sections 3008, 3020(a)(2) (2001 ed.)).

JESSIE K. LIU,
United States Attorney

_____
ANDREA LYNN HERTZFELD
Assistant United States Attorney, DC Bar No. 494059
U.S. Attorney's Office
555 4th Street, N.W., Room 4832
Washington, D.C. 20530
202-252-7808
Andrea.Hertzfeld@usdoj.gov